UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

IN RE )
)
MISTY DAWN WALTERS ) CASE NO. 09-40014-REG-7
)
Debtor )
)

**ORDER GRANTING MOTION FOR RELIEF FROM STAY AND TO ABANDON REAL ESTATE**

The Motion for Relief From Stay and to Abandon Real Estate of US Bank, NA, (hereinafter referred to as "US Bank"), having come before the Court.

And the Court, having examined said Motion and being duly advised in the premises, now finds sufficient cause for relief from stay, it is therefore,

ORDERED AND ADJUDGED: That the Motion for Relief From Stay and to Abandon Real Estate filed by US Bank, NA be, and hereby is, granted; it is further,

ORDERED AND ADJUDGED: That the Court hereby orders the abandonment of the subject real estate located in Tippecanoe County, Indiana:

> LOT NUMBER 281 IN BENJAMIN CROSSING PLANNED DEVELOPMENT, SECTION 2, AN ADDITION TO WEA TOWNSHIP COUNTY OF TIPPECANOE, IN THE STATE OF INDIANA, AS PER PLAT THEREOF, RECORDED MAY 7, 2004 AS INSTRUMENT NO. 04013062 IN PLAT BOOK 11, PAGE 256, IN THE OFFICE OF THE RECORDER OF TIPPECANOE COUNTY, INDIANA.

More commonly known as 2745 Chilton Dr, Lafayette, IN 47909-8399

ORDERED AND ADJUDGED: That the automatic stay as it relates to the property commonly known as 2745 Chilton Dr, Lafayette, IN 47909-8399 is vacated.

DATED: __October 6__, 2009

    /s/ Robert E. Grant
    ROBERT E. GRANT, JUDGE
    UNITED STATES BANKRUPTCY COURT
    Northern District of Indiana

Walters - File No. 017766B02

SUSAN M. WOOLLEY
FEIWELL & HANNOY, P.C.
251 N. Illinois Street, Suite 1700
Indianapolis, IN 46204-1944
(317) 237-2727

DISTRIBUTION:

Misty Dawn Walters
Debtor
2745 Chilton Dr
Lafayette, IN 47909-8399

Jerry L Paeth
Attorney at Law
309 North Fifth Street
Lafayette, IN 47901

Kimberly A. Wright
Trustee
200 Ferry Street, Suite B  P.O. Box 377
Lafayette, IN 47902

Nancy J. Gargula
U.S. Trustee
100 East Wayne Street, Room 555
South Bend, IN 46601

Walters - File No. 017766B02